IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PORTIS, | No. C 07-2807 WHA (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND** |
| v. | |
| Sergeant EVANS, Correctional Officer FESTUS, and Correctional Officer ALVEREZ, | |
| Defendants. | |

Plaintiff's motion for an extension of time to file an amended complaint (document number 9 on the docket) is **GRANTED**. The amended complaint, if any, shall be filed by September 28, 2007.

**IT IS SO ORDERED.**

Dated:    August 30   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PORTIS807.EXT-P.wpd