Amend

C07-2807WHA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **Portis**           **John**
       (Last)              (First)            (Initial)

Prisoner Number **F-49814**

Institutional Address **Folsom State Prison**
**P.O. Box 950 Folsom CA 95763**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**John Portis**
(Enter the full name of plaintiff in this action.)

vs.

**Correction Officer Alvarez**
**Lieutenant Eric Evans**
**Correction Officer Fetus**

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement **Folsom State Prison**

   B. Is there a grievance procedure in this institution?

      YES (X)    NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?

      YES (X)    NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -

1. Informal appeal All information was sent to the Northern District Court, Under Case No. C07-2807-WHA (PR). No Copy was Requested

2. First formal level _____ (Same)

3. Second formal level _____ (Same)

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. Same as (1) above

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

John Portis, F-49814, Folsom State Prison
~~P.O. Box 950~~ Folsom CA. 95763
P.O. BOX 71

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT            - 2 -

1. Lieutenant Eric Evans (SQSP)
2. Correctional Officer Festus (SQSP)
3. Correctional Officer Alvarez (SQSP)
4. Sgt Evans (SQSP)

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On Tuesday May 15, 2007 I John Portis, was returning from morning meal, stopped at the Donner Section Desk (SQSP) and asked C/O Alvarez, Could I speak to the Lieutenant on the yard. C/O Alvarez stated their was "no" Lieutenant on the yard, so I asked him could I speak with someone in charge, because I've been here since 11-13-06, And no one has informed me of classification assessment, He told me to leave, C/O Alvarez came from behind the desk, and put his hands on me and pushed me, I stopped and turned my head, to ask why he was treating me like this, he grabbed my cane and the slammed me on the concrete floor, I never verbally abused him. Excessive was used on me

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

(See next Page)

COMPLAINT          - 3 -

1  (1) Reprimand Correction officer Alvarez

3  (2) Award $1,4,000,000.00. for pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of January_____, 20 08

_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -

MR JOHN PORTIS CDCF491

> We return your original letter
> and any docs we received.
> *No copies kept.*

RECEIVED
NOV 0 2 2007

What they is saying its okay to give inmate the wrong medication, as you all can see all my right had been violated even the time on the 602 has been violated, Even the people on the street no how they's C/O do us inside prison. I hope and pray that you all can Help me my Health is getting bad it's not so good.

THANK you Very Much

10-25-07

I am breaking out with Hives all over my body they dont know what it is THey really dont Care

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION                                ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 17, 2007

PORTIS, JOHN, F49814
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0707802    SQ-07-00018    MEDICAL

Mr. PORTIS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).


N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

Copy #1

STATE OF CALIFORNIA                                                                                   DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.              Category
1. SQ                                    1. 07-00018          8
2. _____                             2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: PORTIS JOHN    NUMBER: F49814    ASSIGNMENT: ___    UNIT/ROOM NUMBER: 1W20L 5-0-29L

A. Describe Problem: On-12-19-06 at approximately 1001 hours MTA Hoart didn't give me my medical and this is his second time doing this matter and MTA Fard also did this to me under the tittle 15 3004.7 Right and Respect of others (A) Inmates and Parolees have the responsibility to treat others in the same manner (C) Inmates, parolees and employees will not subject other persons to any from of discrimination because of race, religion, nationality, sex, political belief, age or physical or mental handicap. I feel my life is in deanger.

If you need more space, attach one additional sheet.

B. Action Requested: I would like them fired.

RECEIVED SEP 17 2007 INMATE APPEALS BRANCH

Inmate/Parolee Signature: John Port       JAN 0 2 REC'D    Date Submitted: 12-29-06

C. INFORMAL LEVEL (Date Received DEC 29 REC'D)

Staff Response:

**Bypass**

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**Bypass**

Signature: _____                     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim



JAN 0 9 REC'D

| First Level | ☐ Granted | ☑ P. Granted | ☐ Denied | ☐ Other |

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ~~JAN 0 2 2007~~ JAN 10 2007    Due Date: ~~FEB 15 2007~~ FEB 26 2007

Interviewed by: J. LEBER, SRN II on 1/26/07

Your appeal has been partially granted, in that an inquiry into your allegations has been conducted as you requested. All staff personal matters are kept confidential and therefore cannot be disclosed; however the matter has been addressed.

Staff Signature: Leber 4/12/07    Title: SRN II    Date Completed: MAY 22 2007
Division Head Approved:
Signature: Sheed A    Title: DW 5/22/A    Returned: MAY 23 REC'D    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I dissatisfied because my rights have been violated because if it was a pill to save my life I would be dead by now because loot how long it took for them to answer my 602'S. Then Mr. Hart still tried to give me a sirenge when I told him I'm on the pills he still tried to give me the sirenge. I got this 602 on 5-25-07

Signature: mr john port    Date Submitted: 5-30-07
JUN 04 REC'D

| Second Level | ☐ Granted | ☑ P. Granted | ☐ Denied | ☐ Other |

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: JUN 04 2007    Due Date: JUL 02 2007
☐ See Attached Letter

Signature: July SRN II 6/9/07    Date Completed: _____
Warden/Superintendent Signature: Sheed DW 6/15/A    JUN 18 REC'D    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I would like to File a lawsuit against San Quentin State Prison because that pill could had save my life. I sent the courts a copy this is my case No. CO72807 WHA(PR) copy of the 602 and I would like to File citizens complaint on LVN Hart and LVN Ford

Signature: John Port    SEP 12 REC'D    Date Submitted: 9-2-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

0707802



State of California

# Memorandum

Date : 4/4/07

To : **PORTIS F49814**

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # 07-00018**

**APPEAL ISSUE:** Complaint Against Staff

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

**SUMMARY FOR APPEAL INQUIRY:**
You allege that on December 19, 2006, LVN Hart did not provide the medication that was ordered in your medical record. You also state that LVN Ford did not provide the medication that was ordered in your medical record "sometime in November."

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☒ First level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

_____ / SRN II                              4/12/07
J. Leber, Supervising Registered Nurse II                     Date



State of California

# Memorandum

Date : 6/9/07

To : **PORTIS F49814**

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # 07-00018**

**APPEAL ISSUE:** Complaint Against Staff

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

**SUMMARY FOR APPEAL INQUIRY:**
You allege that on December 19, 2006, LVN Hart did not provide the medication that was ordered in your medical record. You also state that LVN Ford did not provide the medication that was ordered in your medical record "sometime in November."

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☒ First level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

_____/ SRNII_____        6/9/07
J. Leber, Supervising Registered Nurse II        Date

STATE OF CALIFORNIA                                                                                       DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| (SQ) | 1. SQ | 1. 07-01200 | B |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| PORTIS JOHN | F49814 | — | L-W-20  5-0-29L |

PVP 23 -03-14L

A. Describe Problem: I been here sine 11-13-06 and now it's 12-20-06 and I have not been to my phys. Yet. So who it may consern: pleas see that i get my phys. A.S.A.P.

If you need more space, attach one additional sheet.

B. Action Requested: I would like to go to may phys ASAP.
Thank you

Inmate/Parolee Signature: John Porti      Date Submitted: 12-20-06

C. INFORMAL LEVEL (Date Received): DEC 22 2006

Staff Response: I have notified scheduling that your physical needs to be completed. You are being scheduled with dental. Your mental health and medical have been completed.  Granted

Staff Signature: Karen Hawell  1/4/07      Date Returned to Inmate: JAN 05 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am very dissatisfied because I have not yet had a physical are no Dental are no mental health. I had wrote my family and let them no that my Health is not so good. I will File a Law Suit

Signature: John Porti      Date Submitted: 1-9-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

MAR 23 REC'D

First Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAR 23 2007**  Due Date: **MAY 04 2007**

Interviewed by: B. Hausen RN. I reviewed your appeal and your medical records, and I spoke with at your housing Unit 1W27. Records show that you had 3 doctor's appointment during the months of November/06, December 06, Jan/07, and an appointment 2/23/07, 3/5/07, 4/3/07, 4-17-07, 5-4-07 and 6-5-07. Records also show that you saw the Dentist on 4-4-07, 5-4-07, and 6-7-07. You were seen by Mental Health on 12-11-06, 4-26-07, 5-3-07 and 6-8/07. Your appeal is granted partially.

Staff Signature: B Hausen RN 6-18-07     Title: _____   Date Completed: _____
Division Head Approved: _____
Signature: Cheek     Title: SRNII 6/19/07   Returned
Date to Inmate: _____

JUN 20 REC'D

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I am very Dissatisfied because how you going to write in my file that I had a mental Health. I did not have know mental health on 12-11-06 that is a lie and I never had a physical, I got to San Quentin State Prison on 11-13-06. I would like this to go to the Second Level Review.

Signature: John Port    JUL 2 REC'D    Date Submitted: 6-26-07

Second Level  ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____    RECD JUL 03 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUL 02 2007**  Due Date: **JUL 31 2007**

☒ See Attached Letter

Signature: COlmuren 8/17/07     SEP 10 2007   Date Completed: _____
Warden/Superintendent Signature: Jalyn Russell     SEP 12 REC'D   Date Returned to Inmate: 9-5-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am still dissatisfied because I'm still not get the medical Health that I need. My Health is not geting no better, this is my case no. C07-2807 WHA (PR) I am suiting the State of CALIFORNIA Department of Corrections For pain and Suffering. And all of my medical rights had been violated. I am in the U.S. DISTRICT court case no. C07-2807 WHA (PR)

Signature: John Port     Date Submitted: 10-14-07

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Copy of 1

Since I been in San Quentin State prison I got yet to have a real physical the only thing the RN's keep sayin that they is going to schedule me an appoiatment.

I have a History of Gout real bad and arthritis real bad and major pain in my back. Since I been here I got yet to really get the real medical HEALTH care that I really needed. And I Still have not got the medical Attention.

THANK YOU VERY MUCH

To date is 1-9-07

AND by the way I have numbness in my left arms and legs as well as my right arms and legs. I need Some one to really look in to this as Soon as possible.

MAR 2 3 REC'D

I never was in Cell 1-w-27 So the medical need to Stop trying to Cover up there Fault's I came out the Hold on 2-7-07 and was in Donna Section and did not leave from there until the end of February. I went to 1-w-7 then I move to 1w-104.   6-26-07

REC'D JUL 0 3 2007

State of California                                       Department of Corrections and Rehabilitation

# Memorandum

Date:     September 5, 2007

FoL

10131

To:       **PORTIS, F49814**

From:     San Quentin State Prison (SQ)

Subject:  SECOND LEVEL APPEAL RESPONSE
          LOG NO. CSQ-2-07-01200

### ISSUE:

You state that you have been here since November 13, 2006 and it's now December 20, 2006 and you have not had your physical examination yet.

You request to have your physical exam as soon as possible.

INTERVIEWED BY: B. Hansen, registered Nurse on June 18, 2007

Your Unit Health Record (UHR) and all submitted documentation and supporting information has been considered, including the interview at the First Level of Review (FLR).

Your appeal was **partially granted** at the FLR and the response at the FLR is as follows: "*I reviewed your appeal and your medical records, and I spoke with you at your housing unit 1W27. Records shows that you had 3 doctor's visits during the months of November/06, December 06, Jan/07, and one appointment 2/23/07, 3/9/07, 4/3/07, 4-17-07, 5-4-07 and 6-5-07. Records also show that you saw the dentist on 4-4-07, 5-4-07,ad [sic] 6-7-07. You were seen by Mental Health on 12-11-06, 4-26-07, 5-3-07 and 6-8-07. Your appeal is granted partially.*"

In requesting a Second Level Review, you state: "*I am very dissatisfied because how you going to write in my File that I had a mental health. I did not have know mental health on 12-11-06 that is a lie and I never had a physical. I got to San Quentin State Prison on 11-13-06. I would like this to go to the Second Level Review.*"

### SECOND LEVEL RESPONSE:

Our system shows that you were scheduled for doctor's appointments during the months of November, December of 2006 and January, 2007, February 23, 2007, March 9, 2007, April 3, 2007, April 17, 2007, May 4, 2007 and June 5, 2007. You were transferred to Pleasant Valley State Prison on June 27, 2007. The San Quentin Medical Appeals Unit contacted the Medical appeals Office at your new location. We were informed that you were seen by your primary care provider at your current facility on July 25, 2007.