San Quentin State Prison
Appeal CSQ- 2-07-01200
Portis, F49814
Page 2

If you do have any medical concerns at this time, please discuss it with your health care staff at your new location.

**DECISION:** For the reasons cited above, your appeal is **granted**.

You are encouraged to use the sick call process by completing a Request for Health Services (CDC 7362) to request an appointment with a clinician to address your concerns. These forms are available from medical staff and are also in the housing units. If you are not satisfied with the medical care you are provided at California State Prison – San Quentin, you are encouraged to utilize the inmate appeals process, which is described in the California Code of Regulations, Title 15. This process is an integral part of the administrative remedies available for the inmates to resolve issues concerning any departmental decision, action, condition, or policy that they can demonstrate has had an adverse effect upon their welfare.

You are advised that this issue may be submitted for a Director's Level of Review if desired.

J. RUSSELL, M. Ed., CCHP-A
Program Manager
Office of the Receiver
San Quentin State Prison

RK:co

cc: Appeal File
    Central File

REGULATIONS: The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3350. Provision of Medical Care and Definitions.**
(a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might otherwise be excluded may be allowed pursuant to section 3350.1(d).
(b) For the purposes of this article, the following definitions apply:
(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe

Appeal CSQ- 2-07-01200
Portis, F49814
Page 3

pain, and are supported by health outcome data as being effective medical care.

**CCR 3354. Health Care Responsibilities and Limitations.**
(a) Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so.

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

## INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 21, 2007

PORTIS, JOHN, F49814
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0711185    SQ-07-01324    MEDICAL

Mr. PORTIS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

N. GRANNIS, Chief
Inmate Appeals Branch

COPY #1

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region        Log No.              Category

1. SQ                    1. 07-01524                    8

2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|-----------|---|------------------|
| PORTIS JOHN | F-49814 | 0 | PVP | D5-29-... |

A. Describe Problem: On 11-13-06 I arrival to san Quentin state prison and I was denied Medical care. And on 12-9-06 I went to the R4R medical staff brought by a c/o and I told them that my Left side I could not Feel. They said nothing was wrong with me. on the same date of 12-9-06 at 3rd watch my face swollow up. under the title 15 3004 Right And Respect of other (A) Inmates And parolees have the responsibility to treat others in the same manner. (C) Inmates, Parolees and employees will not subject other persons to any from of dissirimination because of race, religion, nationality, sex, political belief, age, or Physical or mental handicap

If you need more space, attach one additional sheet.

B. Action Requested: I would like for sacramento to come in Cheek this mater Out and I would like them to come in talk to me also. Thank you for your cooperation

Inmate/Parolee Signature X Mr. John Porti        Date Submitted: 12-9-06

C. INFORMAL LEVEL (Date Received: _____ )   DEC 13 RECD        DEC 12 RECD

Staff Response: Denied your request is beyond the scope of the medical appeals process. However, you may send your request to the Division of Correctional Health Care Services, P.O. Box 942883, Sacramento, CA - 94283-0001

Staff Signature: W. Furste, HPS I 12-21-06        Date Returned to Inmate: DEC 22 2006

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I been getting medical denied. I Got a bottom Bunk and a Lower Tier Chrono in my medical File. I have a life time medical problems. THE MEDICATION is coming Late

Signature: X John Porti        Date Submitted: 12-25-06

Note: Property/Funds appeals must be accompanied by a completed   OCT 16 2007        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

MAR 2 9 RECD

DEC 12 RECD

INMATE APPEALS
BRANCH
15 days
RB8

*APR 0 3 RECD*

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAR 3 0 2007**   Due Date: **MAY 1 1 2007**

Interviewed by: B. Hauser RN 6-11-07. I reviewed your appeal and your medical records and spoke with at your Housing Unit Yard West Block. We discussed you appeal and I wrote down the Sacramento Address for you, which is also written on this appeal. We also reviewed the list of appointments you have had 12/15/06, 1/11/07, 1/25/07, 2/23/07, 3/9/07, 4/3/07, 4/17/07, 5/5-07, 5/18/07 and 6/5/07. Based on the above information your appeal is partially granted.

Staff Signature: B. Hauser RN 6-12-07   Title: RN   Date Completed: **JUN 12 2007**

Division Head Approved: V Church   Title: SRN III 6/12/07   Returned Date to Inmate: _____
Signature:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. **JUN 1 4 REC'D**

_____ put this over in 12 this could have been my life in danger so I would lik for this to go to the Second Level Review

Signature: John Porti   **JUN 2 7 REC'D** Date Submitted: 7-19-07

Second Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____ **RECD JUN 28 2007**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUN 2 7 2007**   Due Date: **JUL 2 6 2007**

☐ See Attached Letter   **AUG 24 2007**

Signature: CW Wm 8/21/07   Date Completed: _____

Warden/Superintendent Signature: 8/2/07   **AUG 2 4 REC'D** Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am dissatisfied because I put this 602's in on 12-25-06 this could have been my life in danger so I would like for this to go to the third level review. The Staff here don't about know one but a pay check and it's wrong how the treat me when I go to the infirmary. And the Doctor think I go to the infirmary just for drugs and that's is wrong.

Signature: John Porti   Date Submitted: 7-19-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

0711185

COPY OF 1                                                    COPY #1

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| Location | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| X PORTIS JOHN | F-49814 | 0 | 5-D-29L |

**A. Describe Problem:** Upon arrival to San Quentin State Prison medical dept. deviated from prescribed medication which is a gross misappropriation from mandated medical care. CDCR DR 3350 (a)(state) shall only provide medical services... supported by outcome data... "and DR 3351 (b) states, "Health record of new arrivals shall be reviewed to determine need for previously prescribed medications [for] continuing emergency/chronic health problems". These mandates, clearly do not give R&R medical staff the clearance to change or discontinue chronic care medications.

If you need more space, attach one additional sheet.

**B. Action Requested:** Direct medical staff to review "outcome data" from medical records from Alameda County, and prescribe previous medications already determined for chronic care, to serve as a stop to deliberate indifference and negligence.

Inmate/Parolee Signature X Mr. John Portis     Date Submitted: 12-9-06

**C. INFORMAL LEVEL (Date Received:** DEC 13 REC'D                      DEC 12 REC'D

**Staff Response:** partially granted - your medical file was reviewed for "outcome data" although you are now prescribed pain medication it is not the same medication that you arrived with.

Staff Signature: Kevano RN 12-21-06     Date Returned to Inmate DEC 22 2006

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I still have yet to go and get a physical. I talk to my lawyer and he told me to see what you all going to do. THANK you very much

Signature: John Portis     Date Submitted: 12-25-06

Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED

OCT 16 2007

INMATE APPEALS

DEC 1 2 REC'D

MAR 2 9 REC'D

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                               Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

..................................................................

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                      Date: _____

CDC 602 (12/87)

State of California                                    Department of Corrections and Rehabilitation

# **Memorandum**

Date:     August 9, 2007

To:       Portis (F49814)

From:     San Quentin State Prison (SQ)

Subject:  SECOND LEVEL APPEAL RESPONSE
          LOG NO. CSQ-4-07-01324

### **ISSUE:**

You state that upon arrival at San Quentin on November 13, 2006, you were denied
medical care. On December 19, 2006, you were to R&R medical staff and you informed
them that you are not able to feel your left side. They told you that there was nothing
wrong with you. You add: "On the same date of 12/9/06 at 3rd watch my face shallow
up." Under Title 15 300.4 Right and Respect of Others (A) Inmates and parolees have
the responsibility to treat others in the same manner, (C) Inmates / parolees and
employees will not subject other persons to any form of discrimination because of race,
religion, nationalities, sex, political belief, age, or physical or mental handicap.

You request that Sacramento should come and check this matter and you would also want
them to talk to you.

**INTERVIEWED BY:**    B. Hansen on June 11, 2007

Your Unit Health Record (UHR) and all submitted documentation and supporting
information has been considered, including the interview at the First Level of Review
(FLR).

Your appeal was partially granted at the FLR and the response at the FLR is as follows:

*"I reviewed your appeal and your medical records and spoke with you at your housing
unit yard in West Block. We discussed your appeal and I wrote down the Sacramento
address for you, which is also written on this appeal. We also reviewed the list of
appointment you have had 12/15/06, 1/11/07, 1/30/07, 2/23/07, 3/9/07, 3/21/07, 4/3/07,
4/20/07, 5/4/07, 5/9/07, 5/18/07, 5/23/07, 5/31/07, 6/5/07, and 6/22/07. Based on the
above information, your appeal is partially granted."*

In requesting a Second Level Review, you state that you are dissatisfied because you
submitted this 602 on December 25, 2006. You would like this appeal to go for a Second
Level of Review because your life could have been in danger.

### **SECOND LEVEL RESPONSE:**

A review of your Unit Health Record reveals that you received medical care on the
following dates: December 152006, January 11, 2007 , January 30, 2007, February 23,

San Quentin State Prison
Appeal CSQ-4-07-01324
Portis (F49814)
Page 2

2007, March 9, 2007, March 21, 2007, April 3, 2007, April 17, 2007, April 20, 2007, May 18, 2007, June 5, 2007.

At the First Level of Review, you noted: "*I been getting medical denied. I got a bottom Bunk and a Lower Tier Chrono in my medical file. I have a lifetime medical problems. The medication is always late.*" Which is a new issue. The appeals process does not allow for you to add to the "Action Requested" in the appeal. Therefore, any additional actions cannot be considered at this time.

Your request for an interview with a public official will not be addressed as it is beyond the scope of the Health Care Appeals Office.

You were transferred to Pleasant Valley State Prison on June 27, 2007. Please address your health care issues with your provider at your current facility.

You are encouraged to use the sick call process by completing a Request for Health Services (CDC 7362) to request an appointment with a clinician to address your concerns. These forms are available from medical staff and are also in the housing units. If you are not satisfied with the medical care you are provided at California State Prison – San Quentin, you are encouraged to utilize the inmate appeals process, which is described in the California Code of Regulations, Title 15. This process is an integral part of the administrative remedies available for the inmates to resolve issues concerning any departmental decision, action, condition, or policy that they can demonstrate has had an adverse effect upon their welfare.

**DECISION:** For the reasons cited above, your appeal is **partially grantedl** in that you were seen on several occasions by you health care providers to address your medical concerns.

You are advised that this issue may be submitted for a Director's Level of Review if desired.

R. KANAN, MD
Chief Medical Officer (A)
San Quentin State Prison

RK:eo

cc: Appeal File
    Central File

**REGULATIONS**: The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3350. Provision of Medical Care and Definitions.**
    (a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is

San Quentin State Prison
Appeal CSQ-4-07-01324
Portis (F49814)
Page 3

(b) For the purposes of this article, the following definitions apply:
(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care.

**CCR 3354. Health Care Responsibilities and Limitations.**
(a) Authorized Staff. Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted, within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmates may do so.

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

## INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 21, 2007

PORTIS, JOHN, F49814
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0711186    SQ-07-01200    MEDICAL

Mr. PORTIS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

Un. Srani

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**State of California**                                    **Department of Corrections and Rehabilitation**

# Memorandum

Date    :   June 27, 2007

To      :   **I/M PORTIS, JOHN**
            **CDC #, F-49814**
            **4-D-23**

From    :   San Quentin State Prison, San Quentin, CA 94964

Subject :   **SECOND LEVEL APPEAL RESPONSE**
            **LOG NUMBER CSQ-6-07-01470**

     **Decision:** Your appeal is **Partially Granted**

     **ISSUE:**
     On 03/06/07 you filled an appeal at the Informal Level stating,"On March 06 2007, at
     approximately 1215 PM, I went to the Dental and did know one look in my mouth and also
     they where(sic) very disrespectful.   Then I was trying to let them know I was not a
     violater(sic) I am a new commitment.  The Title 15 said that all (a) inmates and parolees have
     the right to be treated respectfully, impartially, and fairly by all employees.  Inmates and
     parolees have the responsibility to treat in the same manner.  Employees and inmates may use
     fist(sic) name in conversation with each other when it is mutually acceptable to both parties.
     (b) Inmates , parolees, and employees will not openly display or contempt for other in any
     manner intended to or reasonably likely to disrupt orderly operations within the institutions or
     to incite or provoke violence.  3004. Right and Respect of Others."

     "My dentures is cutting it to my gums when I eat.  Then when I came to the door, she told me
     to have a set(sic).  Violater (sic) that is not my name.  And I had wrote the office of internal
     Affairs to let them know about all of my probleme(sic) at the State of San Quentin Prison.  I
     had sended them a copy of this 602 and this paper.

     The action requested was "This is a depraved indifference.  I would like to be treated the same
     as the inmates on the main line not because I am in a reception center.  I still can't eat right
     because of my dentures."

     Dental staff responded on 3/21/07 stating " The dental clinic has received your request.  It has
     been prioritized and placed in chronological order according to the he Perez Stipulated
     agreement.  The dentist will determine what treatment is needed."

     You elevated the appeal to the Formal (first) Level on 4/04/07 stating, "3355.1 Dental
     examinations, (a) Reception Centers.  Inmates shall be provided dental services necessary.
     Such services shall include repairs to dental prosthetic appliances.  And that all dental
     assistance have right and respect of others.  (3004) Part of Perez case."

                                   Thus so·s
                                      (sic)

GA-47-8

PORTIS, F-49814
CSQ-6-07-01470
PAGE 2 OF 2

**INTERVIEWED BY: Dr. J. E. Morley, DDS** on 4/27/07

Dr. Morley interviewed you in the dental clinic on 4/27/07 and he Partially Granted your appeal. He evaluated your dental condition. He stated, "You have an existing upper partial denture that has voids where teeth were extracted after the original fabrication. You have multiple missing teeth lower teeth. Repair to your existing upper partial denture can be made to improve your ability to chew. You were given a Request for Health Care Services to fill out requesting an appointment to repair your upper partial denture. You will be ducated according to the Perez-Tilton Stipulated Agreement in chronological order. Definitive restorations can be accomplished once you are endorsed depending on your Estimated Parole Release Date (EPRD)"

You elevated your appeal to the Second Level on 5/20/07 stating "I would like this to go to the Second Level Review."

You were seen on 3/06/07 for a Reception Center screening. You were not called a violator in a disrespectful manner. The dental clinic sees 75-85 inmates per day from the Reception Center, some being parole violators and some new commitments. Two different evaluations are done based on the paperwork the inmate presents. The dental assistants tells the dentist what the classification (violator or new commitment) of the inmate is so the appropriate evaluation can be done. It is by no means meant in a disrespectful manner.

You were seen in the dental clinic on 4/04/07 and Enlive dietary supplement (60 days) was prescribed for you due to your broken partial denture and your complaint of difficulty in eating. You were seen on 4/16/07 for a partial repair. At that time, you indicated that you expected to leave the institution soon and didn't want to take the chance that it wouldn't be returned from the laboratory in time. You also had a dental appointment on 5/04/07 but you refused treatment. The Dental Department received you Request for Health Care Service on 5/23 and 6/8/07 and they were prioritized as Dental Priority Classification (DPC 2). You were to be scheduled for another dental appointment according to the guidelines in the Perez v. Tilton Stipulated agreement for your classification. You have since transferred from CSP San Quentin to Pleasant Valley State Prison. Please submit a Request for Health Care Services to that institution for dental treatment at that institution.

You may submit this appeal for a Director's Level of Review if desired.

R. KANAN, M.D.
Chief Medical Officer
San Quentin State Prison

Copy 1

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. SQ
2. _____

Log No.
1. 0701470
2. _____

Category 8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

PVP ID 14L

NAME John Portis
NUMBER F49814
ASSIGNMENT O  1-D-38L
UNIT/ROOM NUMBER 1-W-104L

A. Describe Problem: On march 06 2007, at approximately 1215 PM I went to the Dental and did know one look in my mouth and also they where very disrepectful. THEN I was trying to let them know I was not a violater I, am a new Commitment. The title 15 said that all (a) inmates and parolees have the right to be treated respectfully, impartially, and fairly by all employees. Inates and paroleos have the responsibility to treat in the Same manner Employees and

If you need more space, attach one additional sheet.

B. Action Requested: This is a Depraved indifference. I would like to be treated the Same as the inmates On the main line not because I am in a reception Center. I Still cant eat right because of my Dentures.

Inmate/Parolee Signature: M. John Porti
Date Submitted: 3-6-07

C. INFORMAL LEVEL (Date Received: MAR 08 RECD)

Staff Response: The dental clinic has received your request it has been audited and placed in chronological order according to the Perez Stipulated agreement. The dintist will determine what treatment is needed.

Staff Signature: _____ PDA
Date Returned to Inmate: 3/21/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

3355.1. Dental Examinations. (a) Reception Centers. Inmates Shall be provided dental Services necessary Such Services Shall include repairs to dental prosthetic appliances. And that all Dental assistance have right and respect of Others. (3004). Part of Perez case

Signature: M. John Port
Date Submitted: 4-4-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

APR 09 RECD

APR 10 RECD

APR 10 REC'D

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **APR 0 9 2007** _____ Due Date: **MAY 2 1 2007**

Interviewed by: ___ Dr. Morley in the dental clinic on 4/27/07 and he evaluated your dental condition. ___
        You have an existing upper partial denture that has voids where teeth were extracted after
        the original fabrication.  You have multiple missing lower teeth.  Repair to your existing
        upper partial denture can be made to improve your ability to chew.  You were given a
        Request for Health Care Services Form # 7362 to fill out requesting an appointment to
        repair your upper partial denture.  You will be ducated according to the Perez-Tilton
        Stipulated Agreement in chronological order.  Definitive restorations can be
        accomplished once you are endorsed depending on your Estimated Parole Release Date
        (EPRD)

Staff Signature: _____ title DDS 5/2/07_ Title: _Staff dentist_ Date Completed **MAY 0 2 2007** 5/2/07
Division Head Approved:
Signature: _____ Morley DDS  5/2/07_ Title: _CDO (A)_ **MAY 0 2 REC'D**turned _____ Date to Inmate: _____

F.  If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
    receipt of response.

_I would like for this to go to the Second Level Review_

Signature: _my John Porl_ **MAY 2 3 REC'D** Submitted: _5-20-07_

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

G.  REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **MAY 2 3 2007** — Due Date: **JUN 2 2 2007**
☐ See Attached Letter

Signature: _____ J Emorley DDS   CDO(A)_ Date Completed **JUL 0 5 2007**

Warden/Superintendent Signature: _____ **JUL 6 REC'D** Date Returned to Inmate: _____

H.  If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
    response.

_I am not satisfied because of the way I was_
_treated unfairly by the dental nurses. And I am a part of_
_the Perez case. I never refused treatment one of the nurses_
_Came looking for me and said I was beening transfer_
_I would like to file a citizens complaint  john Porl  7-31-07_

**PARTIALLY GRANTED** ~~Error See Appeal~~ **AUG 0 8 REC'D**
        Your Health Care Services Request CDC #7362 was received on 11/02/06. A 2nd request
Signature: _was received on 11/22/06.  It was prioritized as Dental Priority Class (DPC) 2 on that same date._ N/A
        You will be scheduled for dental treatment in chronological order according to the timelines
For the Director's Review, mail to: the Chief, Inmate Appeals... (we have up to 120 Branch
        **days to schedule you).  If you have significant pain, have your tier officer call extension 5585 for** P.O. Box 942883
        an urgent sick call appointment. Sacramento, CA 94283-0001
        Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter

Date: **DEC 0 6 2007**

CDC 602 (12/87)

inmates may use fist name in Conversation
with Each other when it is mutually acceptable
to both parties.(b) imates, parolees and employees
will not openly display or Contempt for other
in any manner intended to or reasonably
likely to disrupt orderly operations within the
institutions or to incite or provoke Violence.
3004. Right and Respect OF Others.

My Dentures is Cutting it to my
Gums when I eat. Then When I Came
in the door She told me to have a Set
violater that is not my name.
And I had wrote the OFFice OF internal Affairs
to let them know about all of my probleme
at the State of San Quentin prison.
I had Seadded them a Copy OF
THis 602 and this paper.

march 0f 06-2007
MR. JOHN PORTiS
Mr. John Portis

MAR 08 REC'D

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:  JAN 0 9 2008

**Group Appeal**

In re:    John Portis, F49814
Folsom State Prison
P.O. Box 71
Represa, CA 95671

IAB Case No.: 0711952        Local Log No.: SQ-07-01851

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner L. Warren, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that the inmates at San Quentin State Prison (SQ) do not get cleaning supplies for their cells.   According to the appellant, he has been at SQ since November 2006 and has yet to receive any cleaning supplies. The appellant also claims that inmates get sick because of dirty cells and states that he has hives because of the lack of cleaning supplies. The appellant is requesting that inmates be provided cleaning supplies twice a week.

**II   SECOND LEVEL'S DECISION:** The reviewer partially granted this appeal based on the finding that the Sanitation Officer is required to pass out cleaning supplies to each cell on a weekly basis. The Sanitation Officer keeps a log of supplies that are passed out and the log is kept in the Sergeant's office. The log reflects that supplies are passed out weekly.

**III  DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.  FINDINGS:**   The Director's Level of Review (DLR) reviewed the appellant's issues and the institution's examination and conclusions as addressed within the Second Level of Review. There is no cause to intervene at the DLR. The appellant has failed to establish that SQ does not provide cleaning supplies to inmates to clean their cells. The institution has established that it passes out cleaning supplies on a weekly basis and documents this issue. The appellant's request to receive cleaning supplies twice a week is denied. The appellant is advised to request cleaning supplies during the weekly issue of cleaning supplies and if he does not receive his issue, to document that fact and present it to the Sanitation Officer and/or sergeant for correction. If the appellant feels that he has hives, he should request to be seen by medical staff who can diagnose and treat his medical concern.

**B.  BASIS FOR THE DECISION:**
California Penal Code Section: 2084
California Code of Regulations, Title 15, Section (CCR): 3060, 3061, 3350, 3380

**C.  ORDER:** No changes or modifications are required by the Institution.

The appellant shall, pursuant to CCR section 3084.2(f)(2), share this response with the other inmates who signed this appeal.

JOHN PORTIS, F49814
CASE NO. 0711952
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, FSP
       Appeals Coordinator, FSP
       Appeals Coordinator, SQ

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. ___SQ___
2. _____

Log No.
1. 07-01851
2. _____

Category 19
Group

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

PVP

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| JoHN PoRTiS | F49814 | O | 1-D-138L |

A. Describe Problem: 3064. Quarters. Inmates must Keep their quarters and Surroundings neat, and Clean as well as Sanitary. Comment: Former DR-1504, Care of quarters. The StaFF dont Give you nothing to Clean your Cell with. And when you ask Someone for Cleaning Supplies, they Just look at you I been here Since the 11-13-06 I got yet to get Some Cleaning Supplies I Got asthma real bad. 3060. Means. Institutions will proide the means

If you need more space, attach one additional sheet.

B. Action Requested: THEY Should Pass out Cleaning Supplies Two Time a week. Because Some people like myself got asthma real bad, and the dust is setting out of hand. THANK You very much keep down the Sickness.

Inmate/Parolee Signature: Mr. John Port       APR 24 REC'D   MAY 0 1 REC'D   Date Submitted: 4-15-07

---

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

**Bypass**

Staff Signature: _____   Date Returned to Inmate: _____

INMATE APPEAL BRANCH
OCT 23 2007
RECEIVED

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**Bypass**

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAY 0 1 2007**    Due Date: **JUN 1 4 2007**

Interviewed by: K. Evans Sgt.

SEE ATTACHED

Staff Signature: _____ Sgt. **MAY 1 6 REC'D** Sgt. AW(a)    Date Completed: 5/6/07

Division Head Approved: _____    Returned MAY _____

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I am dissatisfied because This Prison is not get the Cleaning Supplies it need and the men in the Hold is not getting know Cleaning Supplys es at all West Block is just as nasty thats why we get Staff disease. For Second Level Review Me John Port

Signature: Me John Port    Date Submitted: 6-3-07    JUN 0 5 REC'D

Second Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUN 0 5 2007**    Due Date: **JUL 0 3 2007**

☐ See Attached Letter

Signature: Chandler _____    Date Completed: 9-30-7

Warden/Superintendent Signature: _____    **SEP 2 6 REC'D**    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am dissatisfied becauses all of our rights is beein violated. And when Sacramento Comes they try to Clean The Prison, thats why we are getting Staff disease. And it's just as nasty as San Quentin Folsom State Prison is just the same. I Breaking out with Hives all over my Body. I am a diabetic I am getting sicker some one need to ok in to this

Signature: John Port    Date Submitted: 10-11-07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

☒ See Attached Letter

Date: **JAN 0 9 2008**

CDC 602 (12/87)

## CDC 602 APPEAL RESPONSE

**CDC FIRST LEVEL APPEAL RESPONSE**
**NAME:**            **Portis, F-49814**
**LOG NUMBER:**    **CSQ-4-07-01851**
**APPEAL:**          **PARTIALY GRANTED**

**APPEAL ISSUE:**
You stated in your appeal Inmates are responsible for the cleanliness of their living quarters (cells). You are requesting that cleaning supplies be passed out twice a week.

**APPEAL RESPONSE:**
Per California Code of Regulation (CCR), Title 15, Section 3084.5(f)(2), I conducted a personal interview with you on May 6, 2007. During this interview you stated "nothing."

**APPEAL DECISION:**
You are correct in that Inmates are required to keep their living quarters clean. Unit procedures requires the Sanitation Officer to hand out cleaning supplies. The Sanitation Officer will pass out Cleaning Supplies to **each cell** on a weekly basis. A log will be maintained notating the completion as well as to the supplies passed out. The log will be maintained in the Sergeants Office. Your appeal is **PARTIALLY GRANTED** at this time.

K Evans
Correctional Sergeant
Donner Section/Unit IV

Noted:

S. Donahue
Correctional Captain
Unit IV

A Cota
Associate Warden Unit IV
Unit IV

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date:     September 20, 2007

To:       INMATE PORTIS, F-49814
          California State Prison, San Quentin

Subject:  SECOND LEVEL APPEAL RESPONSE
          LOG NO.: SQ 07-1851

          APPEAL ISSUE:  LIVING CONDITIONS

          ISSUE:

          Whether or not West Block staff refuses to provide the appellant with adequate cleaning
          supplies.

          FINDINGS I

          The appellant filing this appeal alleges that staff does not provide inmates with cleaning
          supplies.  Appellant's position is that he has asthma bad and his cell needs to be cleaned.
          Therefore, the appellant requests staff passes out cleaning supplies twice a week.

          FINDINGS II

          INTERVIEWED BY: S. Donahue, Correctional Captain

          First level reviewer partially granted the appellant's appeal on the basis that unit
          procedures require the Sanitation Officer to hand out cleaning supplies.  The Sanitation
          Officer will pass out cleaning supplies to each cell on a weekly basis.  A logbook will be
          maintained in the Sergeant's Office.

          REGULATIONS:  The rules governing this issue are:

                  **California Code of Regulations, Title 15, Section (CCR) 3064.
                  Quarters.**

                  **California Code of Regulations, Title 15, Section (CCR) 3270.
                  General Policy.**

INMATE PORTIS, F-49814
CASE NO. 07-1851
PAGE 2

## DETERMINATION OF ISSUES:

After review of the available documents, arguments having been presented, as well as referenced regulations, appellant's appeal has been thoroughly considered. Appellant is advised that a thorough inquiry was conducted into his concerns. The inquiry encompassed an interview of K. Davis, Correctional Sergeant (A). The following information and facts were determined during the inquiry. During the interview, Sergeant Davis stated West Block maintains a logbook documenting when cleaning supplies are issued. Sergeant Davis further state cleaning supplies are issued to each cell weekly and were last issued on September 18, 2007. Appellant is advised that he will continue to receive cleaning supplies on a weekly basis as they are received in the unit. Failure to receive cleaning supplies will result in notifying the appropriate Division Head.

The compelling evidence and convincing argument presented has established that the appellant's claim does not coincide with the facts represented in the interviews of staff. The complication of circumstances combined with the verifying documentation indicates that all appropriate policies and procedures concerning cleaning supplies were followed. Upon review of the documentation submitted, it is determined that the appellant's allegations have been thoroughly reviewed and evaluated at the First Level of Review. The documentation and arguments presented are persuasive that the appellant failed to support his appeal issue with sufficient evidence or facts to warrant a modification of the First Level Response. Based on the submitted documentation, by both the appellant and first level reviewer, as well as discussions, this reviewer finds that the appellant's issues have been duly addressed. The Second Level Response and the decision reached are based upon a reasonable penological interest. Therefore, based on the information received and reviewed the appellant's appeal is partially granted.

## DECISION:

Based on the above review, appellant's appeal is partially granted in that the appellant will continue to receive cleaning supplies on a weekly basis as they are received in the unit. Failure to receive cleaning supplies will result in notifying the appropriate Division Head. The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

**ROBERT L. AYERS JR., WARDEN**
California State Prison, San Quentin

# THIS IS FOR HEALTH Hazard

for all inmates to keep themselves and their
living quarters clean and to practice good
health habits.

Comment: former DP-1501. policy, general.

1. John PoRTis F49814
2. James Jones
3. J.P. McCellVen F65683
4. Jewett Justice #K-81362
5. Micheal Macker V-5198 ID05
6. William Cid..... T40885
7. E. Williams P70940
8. Anthan monroe F65744
9. Latiya Pryor #T40705
10. Mark J Bury mark Burgio F60474
11. Stu Shad STEVE SHEPARD F60430
12. Ricky Rodriguez
13. Jason Roderick JASON Roderick V-18778 1-D-27
14. Cleof Russell
15. Marshall Snow V-94565
16. James Tuel. F-6576
17. J. Turner T-52796
18. D. Henley T-75114
19. W Jordan F-65796
20. Banford D-86139
21. Dean T-86286
22. Joseph N Jones
23. MOSES COLEMAN T-36215
24. Lawson, C J-87302

over →

SO-07-01851

26 APRIL 2007
SAN QUENTIN PRISON

FROM: JOHN PORTIS
1D38

RE: LOG # CS4-4

DEAR SIR

IN YOUR LETTER DATED APRIL 24, 2007
YOU REQUESTED EVIDENCE OF HAVING AN MATTER
ADDRESSED AT INFORMAL LEVEL.
PLEASE FIND ENCLOSED A LIST OF INMATES
IN DONNER SECTION WHO HAVE REQUESTED
CLEANING SUPPLIES AND ASSISTANCE.
THIS MAY ALSO SERVE AS OFFICIAL EVIDENCE
THAT ATTEMPTS WERE MADE AT INFORMAL LEVEL.

MAY 0 1 REC'D

COPY

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*April 24, 2007*

*PORTIS, F49814*
*1D38*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*UNIT SERGEANT*

Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

## INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 21, 2007

PORTIS, JOHN, F49814
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0714301    SQ-07-01998    TRANSFER

Mr. PORTIS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was granted at the institutional level. There is no unresolved issue to be reviewed at the Director's Level of Review.
The appellant has added new issues to the appeal when presenting it for Director's Level of Review. The appellant must submit a new and separate appeal on the new issue(s) to allow insitution staff an opportunity resolve or otherwise respond to the new issues.

*U. Grannis*

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region     Log No.                Category
1. SAN QUENTIN,          1. 07-01998         158
2. C                     2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|------------|---|----------------|
| JOHN PORTIS | F49819 | R.C | Fol | D582 |

A. Describe Problem: DEAR WARDEN AYERS

I HAVE BEEN HOUSED IN DONNER RECEPTION CENTER SINCE 11-13-06, THERE WAS (60) DAYS AD-SEG, HOWEVER I'M TOLD BY MY COUNSELOR THAT THE MEDICAL DEPT HAS NOT FILED OR PLACED MY CDC-128-C1 & C2 IN MY FILE. IT IS MY CLAIM THAT (5) MONTHS IS EXCESSIVE TIME WITHOUT PHONE CALLS OR MAIL. ALSO UNUSUALLY LONG TIME IN RECEPTION

If you need more space, attach one additional sheet.

B. Action Requested: PLEASE ADVISE MEDICAL DEPT. TO UPDATE RECORD COMPLETE CLASSIFICATION AND ENDORSMENT PROCESS IMMEDIATELY GRANT HEALTH AND WELFARE CALL TO FAMILY

Inmate/Parolee Signature: John Port          APR 2 3 REC'D Date Submitted: 4-17-07

C. INFORMAL LEVEL (Date Received: APR 3 0 REC'D )

Staff Response: I researched your File and FOUND your 128 C1 & C2 AND it will be sent over to RC Records For Process today.

Staff Signature: Benny Allison          Date Returned to Inmate: 5-1-07

**D. FORMAL LEVEL**                                                              MAY 02 2007
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I am dissatisfied because because I still got yet to get on a bus to be it Transfer what is the hold up on my Transfer. I been here Since 11-13-07 And every on I talk to think it's at Joke Go to SECOND level Review

Signature: John Port          Date Submitted: 5-8-07

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

MAY 1 0 REC'D

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __MAY 1 0 2007__   Due Date: __JUN 2 5 2007__

Interviewed by: G. Moore, CCII. The hold up on your transfer is your pending CDC 115 dated 5/15/07, Log # 07-4D-05-056 for the act of conduct. Once your 115 is finished, your central file will be forwarded to your counselor D. Stewart who will call you in for an interview to process your case for transfer consideration. If there are no further problems preventing your central file processing you should see the counselor by June 20, 2007, and transfer soon after CSR endorsement.

Staff Signature: _____   Title: CCII   Date Completed: 5/30/07

Division Head Approved: _____   FW   JUN 0 7 REC'D   Returned MAY 3 1 REC'D

Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I'm dissatisfied because I had my 115 hearing And I'm still here So I would this to go to the Second level review. Thank You very much. This is cruel and unusual punishment I'm Still in reception Center

Signature: _____ Port   JUN 2 7 REC'T   Date Submitted: 7-24-07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other   JUN 2 7 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __JUN 2 7 2007__   Due Date: JUL 2 6 2007

☐ See Attached Letter

Signature: _____   Date Completed: 9/1-7

Warden/Superintendent Signature: _____   NOV 0 6 REC'D   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I am not satisfied because you all call this Correction the only thing I have seen was corruption and if I have not staid in the reception Center for so long I would have not got no more time. And the C/O got a gang called the Green wall. This is my case number CO752857 in the U.S DISTRICT Court give me my time back I got cupy of this 602

Signature: _____ John Port   Date Submitted: 11-20/07

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0714301

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

```
CMHQ F49814                        PORTIS,JOHN,STIEFFON                        PAGE 01
    *** MOVEMENT HISTORY - MOST RECENT MOVEMENT FIRST ***   RPT DATE: 09/26/2007

09/26/2007   TRANSFERRED      TO FOL    III       FROM WSPRC

09/25/2007   TRANSFERRED      TO WSPRC            FROM PVP
                              ENROUTE TO FOL

06/27/2007   TRANSFERRED      TO PVP              FROM SQ-RC

05/23/2007   CHANGED UNIT     NEW UNIT: MAIN      OLD UNIT: ADSEG

05/16/2007   CHANGED UNIT     NEW UNIT: ADSEG     OLD UNIT: MAIN

02/07/2007   CHANGED UNIT     NEW UNIT: MAIN      OLD UNIT: ADSEG

12/15/2006   CHANGED UNIT     NEW UNIT: ADSEG     OLD UNIT: MAIN

12/15/2006   RETURNED         TO SQ-RC
                              RET FROM HOSP


    P/01  PARTIAL LISTING, REENTER WITH "ALL" OR A DATE FOR MORE HISTORY
```

State of California,                                                    Department of Corrections and Rehabilitation

# **Memorandum**

Date:      November 1, 2007

To:        INMATE PORTIS, F-49814
           California State Prison, San Quentin

Subject:   SECOND LEVEL APPEAL RESPONSE
           LOG NO.: SQ 07-1998

        APPEAL ISSUE:  TRANSFER

        ISSUE:

        Whether or not San Quentin staff is refusing to transfer the appellant.

        FINDINGS I

        The appellant filing this appeal alleges that he has been housed in Reception Center (RC)
        Donner Section since November 13, 2006. Appellant contends there was a sixty (60) day
        Administrative Segregation (Ad/Seg); however, he was told that the medical department
        has not filed or placed his CDCR 128-C1 and C2 in his file. Appellant's position is that
        five (5) months is excessive without receiving telephone calls or mail. In addition, it has
        been an unusually long time spent in Reception Center. Therefore, the appellant requests
        the Medical Department staff are advised to update their records and forward so that
        classification can complete his endorsement process. Additionally, appellant requests he
        be granted a health and welfare call to his family.

        FINDINGS II

        INTERVIEWED BY: G. Moore, Correctional Counselor II

        First level reviewer partially granted the appellant's appeal on the basis that the hold up
        concerning the appellant's transfer is his pending RVR dated May 15, 2007, Log #07-4D-
        05-056.  Once the RVR is finished the appellant's central file will be forwarded to
        appellant's counselor D. Stewart who will call the appellant in for an interview and to
        process his file for transfer consideration. If there are no further problems preventing the
        central file from being processed, the appellant should see his counselor by June 20, 2007
        and transfer soon after the Classification Staff Representative (CSR) endorsement.

        REGULATIONS:  The rules governing this issue are:

            **California Code of Regulations, Title 15, Section (CCR) 3270.
            General Policy.**

            **California Code of Regulations, Title 15, Section (CCR) 3379. Inmate
            Transfer.**

INMATE PORTIS, F-49814
CASE NO. 07-1998
PAGE 2

## DETERMINATION OF ISSUES:

After review of the available documents, arguments having been presented, as well as referenced regulations, appellant's appeal has been thoroughly considered. Appellant is advised that a thorough inquiry was conducted into his concerns. The inquiry encompassed a detailed examination of Offender Based Information System (OBIS). The following information and facts were determined during the inquiry. Review of OBIS revealed the appellant was transferred to Pleasant Valley Sate Prison on June 27, 2007.

Upon review of the documentation submitted, it is determined that the appellant's allegations have been thoroughly reviewed and evaluated at the First Level of Review. The documentation and arguments presented are persuasive that the appellant failed to support his appeal issue with sufficient evidence or facts to warrant a modification of the First Level Response. Based on the submitted documentation, by both the appellant and first level reviewer, as well as discussions, this reviewer finds that the appellant's issues have been duly addressed. The Second Level Response and the decision reached are based upon a reasonable penological interest. Therefore, based on the information received and reviewed the appellant's appeal is granted.

## DECISION:

Based on the above review, appellant's appeal is granted in that the appellant was transferred to Pleasant Valley Sate Prison on June 27, 2007. Appellant has failed to substantiate his contentions documented in his appeal. The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

ROBERT L. AYERS JR., WARDEN
California State Prison, San Quentin



1

2

3         **FILED**

4         AUG 3 1 2007

5         RICHARD W. WIEKING
          CLERK, U.S. DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JOHN PORTIS,                        No. C 07-2807 WHA (PR)

11              Plaintiff,               **ORDER GRANTING PLAINTIFF'S
                                         MOTION FOR AN EXTENSION OF**
12        v.                             **TIME TO AMEND**

13   Sergeant EVANS, Correctional Officer
     FESTUS, and Correctional Officer
14   ALVEREZ,

15              Defendants.
                                    /
16

17        Plaintiff's motion for an extension of time to file an amended complaint (document

18   number 9 on the docket) is **GRANTED**. The amended complaint, if any, shall be filed by

19   September 28, 2007.

20        **IT IS SO ORDERED.**

21

22   Dated: _____8/30_____, 2007.              _____

23                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27   G:\PRO-SE\WHA\CR.07\PORTIS807.EXT-P.wpd

28

United States District Court
For the Northern District of California

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS

PAGE  2  OF  2

| CDC NUMBER<br>F-49814 | INMATE'S NAME<br>PORTIS | LOG NUMBER<br>07-4D-05-056 | INSTITUTION<br>SQSP | TODAY'S DATE<br>6/6/07 |
|---|---|---|---|---|

| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF: | ☐ CDC 115 CIRCUMSTANCES | ☑ HEARING | ☐ I.E. REPORT | ☐ OTHER |
|---|---|---|---|---|---|

Witness # 2 inmate Smallfoot, K-36419, 1-D-16L, was asked by PORTIS "What did you see?"  Inmate Smallfoot answered, "" The officer told him to go to his cell and Portis turned around and said "I want to talk to a lieutenant." The officer grabbed him by the arm and took him to the ground.""

That concluded the testimony phase of the hearing.

**Finding**: Guilty of the Div. D (6) offense WILLFULLY RESISTING, DELAYING OR OBSTRUCTING ANY PEACE OFFICER IN THE PERFORMANCE OF DUTY.  This offense requires evidence that the defendant took a deliberate action that qualifies as resisting, delaying or obstructing a staff member, this action affected the ability of the staff member to perform his or her assigned duties and this staff member was a peace officer.  As a matter of institutional prarctice, this finding is limited to those circumstances where either additional staff intervention is required or the disruption result in a significant delay to the program.  This finding is based upon the following preponderance of evidence:

A. The testimony of CORRECTIONAL OFFICER ALVAREZ in the disciplinary report of 5-15-07 wherein OFFICER ALVAREZ testifies that "I left the desk in order to escort inmate Portis to his assigned cell. Inmate Portis not only refused to move, but became verbally abusive."

B. Witness # 2 testified that Portis turned around during his escort.

C. Witness #1 gave indication that Portis turned while under the officer's escort.

D. The SHO feels that there is a preponderance of evidence demonstrating that PORTIS did delay and obstruct Officer Alvarez in the performance of his duties. Officer Alvarez had to individually escort PORTIS to his assigned cell and during escort Portis refused to move etc.

**Disposition**: Assessed **61**-day credit forfeiture for this Div. D offense. PORTIS was informed that his credit restoration period began 5-16-2007 and this restoration period is a minimum of six months (if within 90 days of scheduled release, the minimum is reduced to 60 days).  If he is found guilty of any administrative or serious CDC-115 issued during this credit restoration period, he forfeits his eligibility for restoration.  If he completes this restoration period disciplinary free, he may request a classification review.  Classification will make the final determination whether he is eligible for restoration or request an additional period of disciplinary free conduct.  Appeal rights were explained. PORTIS was referred to CCR §3084.1 and following for additional information on appeal procedures.

| SIGNATURE OF WRITER | TITLE | | DATE NOTICE SIGNED | |
|---|---|---|---|---|
| | Correctional Lieutenant | | 6/6/07 | |
| COPY OF CDC-115-C GIVEN TO INMATE<br>6-13-07 | GIVEN BY: (STAFF'S SIGNATURE) | DATE SIGNED: | TIME SIGNED: | |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE __1__ OF __2__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-49814 | PORTIS | 07-4D-05-056 | SQSP | 6/6/07 |

| ☐ SUPPLEMENTAL | ☑ CONTINUATION OF: | ☐ CDC 115 CIRCUMSTANCES | ☑ HEARING | ☐ I.E .REPORT | ☐ OTHER |

**Hearing:** The hearing was convened on 6-1-2007, at approximately 1520 hours, when I introduced myself to PORTIS as the Senior Hearing Officer for this disciplinary. PORTIS stated he was in good health with normal vision and hearing. PORTIS acknowledged that he received a copy of the following document more than 24 hours in advance of the hearing: CDC-115. This report as well as the disciplinary charge of WILLFULLY RESISTING, DELAYING OR OBSTRUCTING A PEACE OFFICER IN THE PERFORMANCE OF THEIR DUTIES were reviewed with PORTIS in the hearing. He stated that he understood both and that he was prepared to begin the hearing.

**District Attorney:** This has not been referred for criminal prosecution.

**Due Process:** The disciplinary was served on the inmate within 15 days of discovery and the hearing was held within 30 days of service. The inmate received his copies of all documents more than 24 hours in advance of the hearing. There are no due process issues.

**Staff Assistant:** A Staff Assistant was not assigned as PORTIS agrees that he speaks English, is literate (that is, reads at 4.0 or above), the issues are not complex and a confidential relationship is not required. In the hearing, PORTIS confirmed that assignment of a Staff Assistant was not necessary. The SHO had PORTIS read the RVR out loud and he did so with ease.

**Investigative Employee:** An IE was not assigned as the issues are not complex and the available information is sufficient. Per the CDC 115-A and his statements in the hearing, PORTIS has not requested IE assignment.

**Request for Witnesses:** PORTIS requested two witnesses, inmate Smallfoot, K-36419, 1-D16-L and inmate Thurman, F-62246, 1-D-12U. The SHO granted ~~NOH'S~~ Portis's request.

**Video and photo evidence:** Videotape evidence was not an issue for this hearing.

**Plea:** PORTIS entered a plea of NOT GUILTY.

**Hearing testimony:** PORTIS gave the following testimony as his defense: "I did follow the direct order, I never became verbally abusive."

Witness # 1 inmate Thurman, F-62246, 1-D-12U, was asked by PORTIS "What happened that day?" Inmate Thurman answered, "He was walking Portis down the tier, dogging him. I remember seeing him grab his cane and then slam him to the ground.

The SHO asked Witness #1: Did you see Portis turn around during the escort? Thurman answered I saw him turn his head around asking him why he was pushing him."

| SIGNATURE OF WRITER | | TITLE | | DATE NOTICE SIGNED | |
|---|---|---|---|---|---|
| | | Correctional Lieutenant | | 6/6/07 | |
| COPY OF CDC-115-C GIVEN TO INMATE | GIVEN BY: (STAFF'S SIGNATURE) | | DATE SIGNED: | | TIME SIGNED: |
| 6-13-07 | | | | | |

MR. JOHN PORTIS CDCF49814
THE COURTS Have this copy of this paper
I would like to get my time back
because if I was not in the
reception Center I would not got jume
on by StaFF. I write the Courts Every
week to let them no how I am
doing, I went through a lot on this
term. THE Correctional OFFicer's always
talking about there gang call the Green
wall that is just corruption they are
worse then the inmate. But you all call
this California Department ment oF
Corrections and Rehabilitation. But you
all call this justice it is just us.

John Port
11-20-07


And THE U.S. DISTRICT CourTS got a
copy oF all my 602 Even this one