Amend

**FILED**

JAN 29 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Portis )
           Plaintiff, ) CASE NO. _____
)
vs. ) PRISONER'S
) APPLICATION TO PROCEED
California State of.et Al ) IN FORMA PAUPERIS
           Defendant. )
_____)

I, __John Portis__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | ___I Get SSI disability_____
5 | _____
6 | _____
7 | 2.  Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |     a.  Business, Profession or            Yes ___ No ✓
10|         self employment
11|     b.  Income from stocks, bonds,         Yes ___ No ✓
12|         or royalties?
13|     c.  Rent payments?                     Yes ___ No ✓
14|     d.  Pensions, annuities, or            Yes ___ No ✓
15|         life insurance payments?
16|     e.  Federal or State welfare payments, Yes ___ No ✓
17|         Social Security or other govern-
18|         ment source?
19| If the answer is "yes" to any of the above, describe each source of money and state the amount
20| received from each.
21| _____
22| _____
23| 3.  Are you married?                       Yes ___ No ✓
24| Spouse's Full Name: _____
25| Spouse's Place of Employment: _____
26| Spouse's Monthly Salary, Wages or Income:
27| Gross $_____ Net $_____
28| 4.  a.  List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ **None**     Utilities: **NONE**
23 Food: $ **None**     Clothing: **None**
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _____ $_____ $_____
27 _____ $_____ $_____
28 _____ $_____ $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NONE_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  1/25/08                         M. John Port
17    DATE                        SIGNATURE OF APPLICANT

